765 A.2d 1064

IN THE MATTER OF THOMAS F. MILITANO,
AN ATTORNEY AT LAW.

February 9, 2001.

## O R D E R

The Disciplinary Review Board having filed with the Court its decision concluding that **THOMAS F. MILITANO** of **NEWTON**, who was admitted to the bar of this State in 1991, should be disciplined for violating *RPC* 1.2(e) (failing to advise client that the requested assistance is not permitted by the Rules of Professional Conduct or other law), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And the Court having determined that a reprimand is the appropriate discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **THOMAS F. MILITANO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.